Same case below, 396 Fed. Appx. 365.

**No. 10-9935. Randyol Patterson, Jr., Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2469, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3715.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 924.

**No. 10-9939. Paul Edward Thomas, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3628.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit is denied.

Same case below, 627 F.3d 146.

**No. 10-9942. Timothy Williams, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3680.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 397 Fed. Appx. 264.

**No. 10-9944. Chen Xiang, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3713.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9947. Kenneth Otis Hamilton, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

563 U.S. 999, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3707.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9948. Filomeno Trevino Franco, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3785.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 632 F.3d 880.

**No. 10-9950. Teodoro Martinez-Carmona, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2470, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3719.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 811.

**No. 10-9951. Dayron Johnson, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2471, 179 L. Ed. 2d 1230, 2011 U.S. LEXIS 3744.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.